**UNITED STATES BANKRUPTCY COURT**

Eastern District of Virginia
2400 West Avenue, Suite 110
Newport News, VA 23607

# NOTICE OF ELECTRONIC FILING PROCEDURE

Case Name:    Ronald C. Neff Jr.

Case Number:    11−51543−FJS                              Date Filed:    August 22, 2011

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov or http://www.vaeb.uscourts.gov/ecfnew/ecf.htm. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005−2 authorizing the Clerk to promulgate and revise the Court's Electronic Case Files Policy, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Administrative Procedures**.

Parties with legal representation **must** file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are: A personal computer running Internet Explorer or Firefox, Adobe Acrobat 4.0 or later software to convert documents from a word processor format to a portable document format (PDF), and an Internet Service Provider (ISP) using Point−to−Point Protocol (PPP). The URL address is *www.vaeb.uscourts.gov* and a password is needed to access this system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2. You must file a "Request for Waiver to File by Computer Diskette or Conventionally" as provided for in the Electronic Case Files Policy to indicate your inability to file through use of the Internet component of CM/ECF. If the Court authorizes you to file by diskette, **then**

3. You must submit your documents on a diskette using PDF format. The Adobe Acrobat software will provide this format. Further instruction may be found in Adobe's manual. Use a separate diskette for each filing. Submit the diskette in an envelope with the case name, case number, type and title of document, and the file name on the diskette. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are **unable** to comply with these requirements or the requirements set forth in item number 1, or the requirement set forth in item number 2, above, **then**

4. You must submit your documents on a diskette using one of the following formats: Word, WordPerfect, or DOS text (ASCII). **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are unable to comply with this requirement, the requirements set forth in items number 2 or 3, or the requirements set forth in item number 1, above, **then**

5. You then may file conventionally on unstapled, unbound, 8 ½" x 11" single−sided paper. Documents must be submitted with full signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File by Computer Diskette or Conventionally" with your filing.**

**Important Note: All parties without legal representation, except governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated:    August 23, 2011                                        William C. Redden
VAN−062 [ver. 3/2008]                                            Clerk of the Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Ronald C. Neff  
    Debtor

Case No. 11-51543-FJS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-6    User: nobilea    Page 1 of 1    Date Rcvd: Aug 23, 2011  
                Form ID: VAN062    Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2011.
```
db          +Ronald C. Neff, Jr.,    1500 Dandy Loop Road,    Yorktown, VA 23692-4544
10653986    +Bank At Lantec,    501 S Independence Blvd,    Virginia Beach, VA 23452-1103
10653988    +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
10653987    +Bank Of America,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8119
10653990    +Bank Of America, N.A.,    450 American St,    Simi Valley, CA 93065-6285
10653992    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
10653993    +Emc Mortgage,    Po Box 293150,    Lewisville, TX 75029-3150
10653997    +Merchants Assoc Cool D,    134 S Tampa St,    Tampa, FL 33602-5396
10653998    +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
10653999    +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
10654000    +Security Credit Servic,    2653 W Oxford Loop,    Oxford, MS 38655-2929
10654002   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
            (address filed with court:   Toyota Motor Credit Co,    3957 Westerre Pkwy Ste 3,
            Richmond, VA 23233-0000)
10654003    +West Asset Management,    2703 N Highway 75,    Sherman, TX 75090-2567
10654004    +Wfnnb/Reeds Jewelers,    4590 E Broad St,    Columbus, OH 43213-1301
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
10653991    +E-mail/Text: mwood@bayportcu.org Aug 24 2011 05:32:36     Bayport Credit Union,
            3711 Huntington Ave,    Newport News, VA 23607-2795
10653994    +E-mail/Text: brown3@gulfcoastcollection.com Aug 24 2011 05:33:06     Gulf Coast Collection,
            5630 Marquesas Cir,    Sarasota, FL 34233-3331
10653996    +E-mail/Text: ASUBER@LANGLEYFCU.ORG Aug 24 2011 05:32:36     Langley Fed Credit Uni,
            1055 W Mercury Blvd,    Hampton, VA 23666-3303
10654001    +E-mail/Text: bankruptcy@bbandt.com Aug 24 2011 05:33:15     Sheffield Financial Co,
            2554 Lewisville Clemmons,    Clemmons, NC 27012-8110
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10653989   ##+Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
10653995   ##+Hollis Cobb Associat,    6621 Bay Circle, Suite 180,    Norcross, GA 30071-1218
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 25, 2011**      **Signature:** *Joseph Speetjens*