**United States Bankruptcy Court**
Eastern District of Virginia
Newport News Division
2400 West Avenue, Suite 110
Newport News, VA 23607

**Case Number**  11−51543−FJS
**Chapter**  13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ronald C. Neff Jr.
1500 Dandy Loop Road
Yorktown, VA 23692

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−3272

Employer Tax−Identification (EIN) No(s).(if any):
Debtor:  NA

## NOTICE OF POSSIBLE DISMISSAL
## PURSUANT TO
## LBR 1007−1 LISTS, SCHEDULES, STATEMENTS
## AND
## LBR 3015−2 CHAPTER 13 PLAN REQUIREMENTS

**TO:**     **DEBTOR OR DEBTOR'S COUNSEL**

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on August 22, 2011. Pursuant to Local Bankruptcy Rule 1007−1 and 3015−2, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date.

**Missing Documents Due:**    September 6, 2011

*Failure to timely file the missing document(s) or to timely seek an extension of time, will result in the automatic dismissal of the bankruptcy case without further notice.*

**\*\*Missing Document(s):**

 All Schedules (A−J) and Statement of Financial Affairs
Chapter 13 Statement of Current Monthly Income and Disposable Income Calculation
Chapter 13 Plan
Summary of Schedules (2−pages), Attorney Fee Disclosure

**William C. Redden**
**Clerk, United States Bankruptcy Court**

Date:   August 23, 2011

/s/    Anna Marie Nobile
Deputy Clerk

[10071_30152vDec2009]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                  Case No. 11-51543-FJS
Ronald C. Neff                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-6          User: nobilea              Page 1 of 1            Date Rcvd: Aug 23, 2011
                              Form ID: both2            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2011.
db          +Ronald C. Neff, Jr.,   1500 Dandy Loop Road,   Yorktown, VA 23692-4544

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 25, 2011**                    **Signature:** _Joseph Speetjens_