# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

## CHANGE OF ADDRESS

Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.

For:  ☐ Debtor
      ☐ Attorney [If Applicable:] Name: _____
      ☑ Creditor

*If joint case, please check the appropriate box as set out below:*
New address is for:    ☐ Husband *and* Wife
                       ☐ Husband *Only*
                       ☐ Wife *Only*

*[If applicable]* Case Name: Ronald C. Neff
*[If applicable]* Case No./Adversary Proceeding No.: 11-51543
*[If applicable]* Creditor Name: Hollis Cobb Associates

☑ Street Address    ☐ Mailing Address
New Address: 4366 Park Drive
             No. and Street, Apt., P. O. Box or R. D. No.

City: Norcross            State: GA    Zip: 30093

☑ Street Address    ☐ Mailing Address
Old Address: 6621 Bay Circle, Suite 180
             No. and Street, Apt., P. O. Box or R. D. No.

City: Norcross            State: GA    Zip: 30071

Telephone Number: (____) _____
**Please include area code**

/s/ Philip R. Boardman
Signature of Filer [*check filer type below*]:
☑ Attorney for Debtor
☐ Debtor *[If joint case and address is for husband and wife, both debtors must sign.]*
☐ Creditor
☐ Attorney

Date: 8/30/2011
pc:  Trustee
     United States Trustee
     Creditor (for creditor's change of address)

[changead ver. 02/08]