**United States Bankruptcy Court**
**Eastern District of Virginia**
Newport News Division
2400 West Avenue, Suite 110
Newport News, VA 23607

            **Case Number**   11−51543−FJS
            **Chapter**   13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Ronald C. Neff Jr.
   1500 Dandy Loop Road
   Yorktown, VA 23692

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−3272

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:   NA

### NOTICE OF DISMISSAL OF CASE

Notice is hereby given that an order was entered on September 8, 2011 dismissing the above−captioned case.

Dated:    September 8, 2011                          For the Court,

                                                    William C. Redden, Clerk
[VAN015vDec2009.jsp]                                United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                           Case No. 11-51543-FJS
Ronald C. Neff                                                                   Chapter 13
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0422-6          User: nobilea               Page 1 of 1           Date Rcvd: Sep 08, 2011
                              Form ID: VAN015             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2011.
db         +Ronald C. Neff, Jr.,    1500 Dandy Loop Road,    Yorktown, VA 23692-4544
10653986   +Bank At Lantec,    501 S Independence Blvd,    Virginia Beach, VA 23452-1103
10653990   +Bank Of America, N.A.,    450 American St,    Simi Valley, CA 93065-6285
10653993   +Emc Mortgage,    Po Box 293150,    Lewisville, TX 75029-3150
10653995   +Hollis Cobb Associates,    4366 Park Drivde,    Norcross, GA 30093-2959
10653997   +Merchants Assoc Cool D,    134 S Tampa St,    Tampa, FL 33602-5396
10653998   +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
10653999   +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
10654000   +Security Credit Servic,    2653 W Oxford Loop,    Oxford, MS 38655-2929
10654002  ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit Co,    3957 Westerre Pkwy Ste 3,
              Richmond, VA 23233-0000)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
10653988   +EDI: BANKAMER2.COM Sep 09 2011 01:58:00     Bank Of America,    Po Box 17054,
             Wilmington, DE 19850-7054
10653989   +EDI: BANKAMER2.COM Sep 09 2011 01:58:00     Bank Of America,    Po Box 1598,
             Norfolk, VA 23501-1598
10653987   +EDI: BANKAMER.COM Sep 09 2011 01:58:00     Bank Of America,    4161 Piedmont Pkwy,
             Greensboro, NC 27410-8119
10653991   +E-mail/Text: mwood@bayportcu.org Sep 09 2011 02:08:38      Bayport Credit Union,
             3711 Huntington Ave,    Newport News, VA 23607-2795
10653992   +EDI: CHASE.COM Sep 09 2011 02:03:00     Chase,    Po Box 15298,    Wilmington, DE 19850-5298
10661765    EDI: BANKAMER2.COM Sep 09 2011 01:58:00     FIA CARD SERVICES, N.A.,     PO Box 15102,
             Wilmington, DE 19886-5102
10653994   +E-mail/Text: brown3@gulfcoastcollection.com Sep 09 2011 02:09:16      Gulf Coast Collection,
             5630 Marquesas Cir,    Sarasota, FL 34233-3331
10653996   +E-mail/Text: ASUBER@LANGLEYFCU.ORG Sep 09 2011 02:08:38      Langley Fed Credit Uni,
             1055 W Mercury Blvd,    Hampton, VA 23666-3303
10654001   +E-mail/Text: bankruptcy@bbandt.com Sep 09 2011 02:09:46      Sheffield Financial Co,
             2554 Lewisville Clemmons,    Clemmons, NC 27012-8110
10669022   +E-mail/Text: nick.moore@townebank.net Sep 09 2011 02:08:38      TowneBank,
             6001 Harbour View Blvd.,    Suffolk, VA 23435-2767
10654003   +EDI: WESTASSET.COM Sep 09 2011 02:03:00     West Asset Management,    2703 N Highway 75,
             Sherman, TX 75090-2567
10654004   +EDI: WFNNB.COM Sep 09 2011 01:58:00     Wfnnb/Reeds Jewelers,    4590 E Broad St,
             Columbus, OH 43213-1301
                                                                                               TOTAL: 12

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 10, 2011**         **Signature:** *Joseph Speetjens*