## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA

_____Newport News_____ **Division**

In re  Ronald C. Neff

Case No.  11-51543-FJS

Debtor(s)                                 Chapter  13

## ORDER OF DISMISSAL
### FOR FAILURE TO TIMELY FILE LISTS, SCHEDULES AND STATEMENTS
### AND FOR FAILURE TO FILE AND DISTRIBUTE CHAPTER 13 PLAN

The above debtor(s) having failed to timely file required lists, schedules and statements within the time period as set forth in Local Bankruptcy Rule 1007-1 and having failed to timely file a Chapter 13 plan in the form approved by the Court for use in the Eastern District of Virginia, which includes the debtor's proof of service evidencing distribution of the plan, within the time periods as set forth in Local Bankruptcy Rule 3015-2; it is, therefore

**ORDERED**, pursuant to Local Bankruptcy Rules 1007-1 and 3015-2, that the above case be dismissed; and it is further

*[If appropriate]*   **ORDERED** that the debtor(s) pay the balance of the filing fee in the amount of  $ _____-0-_____ to the Clerk of Court within 14 days of the date of this order; and it is further

**ORDERED** that dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case.  The trustee need not file a final report in this case unless property or money was administered.

WILLIAM C. REDDEN
Clerk of Court

Date:  September 08, 2011                    By  /s/ Anna Marie Nobile_____
                                                                                    Deputy Clerk

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:

_September 08, 2011_____

[odis13sp ver. 12/09]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                                  Case No. 11-51543-FJS
Ronald C. Neff                                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-6           User: nobilea           Page 1 of 1           Date Rcvd: Sep 08, 2011
                            Form ID: pdforder       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2011.
db            +Ronald C. Neff, Jr.,   1500 Dandy Loop Road,    Yorktown, VA 23692-4544

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 10, 2011**                               **Signature:** _Joseph Speetjens_